Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Resource Investments, Inc. and Land Recovery, Inc.    v. United States of America

No. 14-5069

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✔] As counsel for:    Resource Investments, Inc. and Land Recovery , Inc.
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✔] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:                  Mark S. Parris
Law firm:              Orrick, Herrington & Sutcliffe LLP
Address:               701 Fifth Avenue, Suite 5600
City, State and ZIP:   Seattle, WA  98104
Telephone:             (206)839-4300
Fax #:                 (206)839-4301
E-mail address:        mparris@orrick.com

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

4/14/14                                    M S _____
Date                                       Signature of pro se or counsel

cc: Frank Singer, U.S. Department of Justice

123

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

Apr 15, 2014

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
  (by email or CM/ECF)

| Mark S. Parris | /s/Mark S. Parris |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm    Orrick, Herrington & Sutcliffe LLP

Address    701 Fifth Avenue, Suite 5600

City, State, ZIP    Seattle, WA 98104

Telephone Number    (206)839-4300

FAX Number    (206)839-4301

E-mail Address    mparris@orrick.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.