NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RESOURCE INVESTMENTS, INC., LAND RECOVERY, INC.,**
*Plaintiffs – Appellants,*

v.

**UNITED STATES,**
*Defendant - Cross Appellant.*

---

14-5069,-5099

---

Appeal from the United States Court of Federal Claims in No. 1:98-cv-00419-LB Judge Lawrence J. Block.

---

ON MOTION

O R D E R

Upon consideration of the Appellants Resource Investments, Inc., and Land Recovery, Inc.'s unopposed motion to extend time to file its principal brief until August 15, 2014,

IT IS ORDERED THAT:

The motion is granted.

                        FOR THE COURT

July 15, 2014           /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court